AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00144 |
| Joseph Ruben Baer | ) Assigned to: Judge Meriweather, Robin M. |
| (DOB: XXXXXX) | ) Assign Date: 4/24/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 18, 2024** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2252(a)(2), (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Detective Thomas Sullivan
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone.

Date: 04/24/2024

_____
Judge's signature

City and state: Washington, DC

Robin M. Meriweather
Printed name and title